| | | | |
|---|---|---|---|
| | AUSA: | Anthony Vance | Telephone:  (810) 766-5177 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Greg Lotoczky | Telephone:  (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Sonja L. Settles

Case No. 26-mj-30348

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 30, 2025_____ in the county of _____Genesee_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Arson |
| 18 U.S.C. § 844(i) | Arson |
| 18 U.S.C. § 247(a)(2) and (d)(3) | Obstruction of Persons in the Free Exercise of Religious Beliefs |
| 18 U.S.C. § 844(h) | Arson to Commit a Federal Offense |

This criminal complaint is based on these facts:

On August 30, 2025, at approximately 2:16 a.m., St. Mark Missionary Baptist Church in Flint, Michigan was intentionally set on fire.  St. Mark's is real religious property and real property used in any activity affecting interstate commerce, as defined in Title 18 of the United States Code.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gregory Lotoczky Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _June 8, 2026_____

_____
*Judge's signature*

City and state:  Bay City, MI

Patricia T. Morris,  United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Special Agent Gregory Lotoczky, being duly sworn, hereby depose and state as follows:

### Introduction

1.      I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since 2004.  I have been a Certified Fire Investigator (CFI) since 2018 and have been assigned to the Flint Field Office from 2016 to 2022.  In July 2022, I accepted a position as a full-time member of the ATF National Response Team (NRT).  I have received basic law enforcement training and have attended numerous specialized law enforcement training courses and schools, sponsored by the ATF as well as other law enforcement agencies, relating to the investigation of a wide range of criminal activity.  I have specialized training and experience including, but not limited to, fire and explosion investigations, homicide investigations, death investigations, and drug investigations.  I have training and experience in interviewing witnesses and victims of crimes, developing and interviewing suspects and collecting and preserving physical evidence.  Over the course of numerous investigations, I have utilized data obtained through legal process related to cellular records, including location information.

2.      The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents, law enforcement

1

officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3.      Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that Sonja L. SETTLES engaged in a conspiracy to commit arson, in violation of 18 U.S.C. § 371; aided and abetted in maliciously damaging and destroying, by means of fire or an explosive, a building or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, in violation of 18 U.S.C. §§ 844(i) and 2; aided and abetted the intentional obstruction of persons in the free exercise of their religious beliefs by the use of fire, in violation of 18 U.S.C. §§ 247(a)(2) and (d)(3) and 2; and aided and abetted arson in the commission of a federal felony offense, in violation of 18 U.S.C. §§ 844(h) and 2.

## Probable Cause

### The Arson of St. Mark Missionary Baptist Church

4.      On August 30, 2025, at approximately 2:16 a.m., St. Mark Missionary Baptist Church in Flint, Michigan was intentionally set on fire.  St. Mark's is real religious property and real property used in any activity affecting interstate commerce, as defined in Title 18 of the United States Code.  As a result of the

2

damage caused by the fire, St. Mark was unable to hold services at the church for approximately two months.

5.      The incident was captured on St. Mark's video surveillance cameras. Surveillance video at St. Mark's captured a suspect, Billy J. Chambers, setting the church on fire.  In the video, Chambers brought a red gas can, which was wrapped in a black garbage bag, and a piece of cloth to the church which he then used to set the church on fire.

6.      At approximately 2:03 a.m., Billy J. Chambers arrived at St. Mark Missionary Baptist Church walking from a field just east of the church.  Chambers began inspecting the area near where the fire would be started.  Chambers made multiple trips back and forth between the church and the field just east of the church.



7.      At approximately 2:11 a.m., Chambers emerged from the field and approached the church with an object in his right hand.  Chambers raised the object

3

above his head and struck a window with the object. Chambers then walked back to the field just east of the church.

8.      At approximately 2:12 a.m., Chambers returned to the church carrying a piece of cloth and the red gas can, which was concealed inside of the black garbage bag.  Chambers poured the contents of the red gas can into the window he previously struck.  Chambers then placed the piece of cloth in the window and poured more of the contents of the red gas can in the window.

 

9.      At approximately 2:13 a.m., Billy J. Chambers returned to the field just east of the church where he discarded the red gas can which was still concealed inside of the black garbage bag.

10.      At approximately 2:16 a.m., Chambers, while carrying an ignition device in his right hand, returned to the window where he poured the contents of the red gas can.  Chambers ignited the ignition device, which he then used to set the church on fire.

 

11.     At approximately 2:17 a.m., after the church caught fire, Chambers ran back to the field just east of the church.

12.     Law enforcement subsequently seized the red gas can and black garbage bag from the field east of the church and submitted those items to the Michigan State Police crime laboratory for processing and testing.

 

## Cell Phone Information

13.     At approximately 1:32 a.m., Sonja L. SETTLES called Billy J. CHAMBERS.  During the call, SETTLES's cell phone connected to a cell phone

5

tower in the vicinity of CHAMBERS's residence.  When CHAMBERS received the call, his cell phone connected to another cell phone tower in the vicinity of his residence.

14.　At approximately 2:20 a.m., just three minutes after fleeing the fire at St. Mark Missionary Baptist Church, Billy J. Chambers called SETTLES. During the call, Chambers's cell phone connected to a cell phone tower in the vicinity of St. Mark Missionary Baptist Church.  When SETTLES received the call, her cell phone connected to another cell phone tower in the vicinity of St. Mark Missionary Baptist Church.

15.　At approximately 2:56 a.m., Chambers received a call from SETTLES during which Chamber's cell phone connected to a cell tower in the vicinity of his residence.

16.　SETTLES and Chambers's respective cell phone locations are consistent with travel from an area consistent to Chambers's residence to an area consistent with St. Mark Missionary Baptist Church and then returning back to an area consistent to Chambers's residence.  This further coincides with the time of the fire.

### SETTLES's Fingerprints and DNA

17.　As set forth above, law enforcement seized the red gas can and garbage bag and sent them to the Michigan State Police crime laboratory.  A forensic scientist

6

recovered several latent fingerprints from the garbage bag, four of which were identified as belonging to SETTLES.

18. The Michigan State Police crime laboratory also processed the red gas can for DNA. A forensic scientist obtained a DNA profile from the red gas can, which originated from three individuals. The forensic scientist determined that the DNA obtained from the red gas can is approximately 5.1 quintillion times more likely if it originated from SETTLES and two unrelated, unknown contributors than if it originated from three unrelated, unknown contributors. Consequently, the forensic scientist concluded that her testing and analysis provides very strong support (the highest verbal qualifier) that SETTLES is a contributor to the DNA profiled obtained from the red gas can.

## Search of Billy J. Chambers's Residence

19. On June 5, 2025, myself and other ATF special agents executed a federal search warrant at Chamber's residence. Inside the residence, we seized the clothing and shoes Chambers wore on the day of the arson.



## Conclusion

20.     Based upon the above information, there is probable cause to believe that Sonja L. SETTLES engaged in a conspiracy to commit arson, in violation of 18 U.S.C. § 371; aided and abetted in maliciously damaging and destroying, by means of fire or an explosive, a building or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, in violation of 18 U.S.C. §§ 844(i) and 2; aided and abetted the intentional obstruction of persons in the free exercise of their religious beliefs by the use of fire, in violation

of 18 U.S.C. §§ 247(a)(2) and (d)(3) and 2; and aided and abetted arson in the

commission of a federal felony offense, in violation of 18 U.S.C. §§ 844(h) and 2.

_____
Special Agent Gregory Lotoczky
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or
by reliable electronic means.

_____
Honorable Patricia T. Morris
United States Magistrate Judge

Dated:     June 8, 2026

9